**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOWARD LAWRENCE TURNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. CORTEZ, et al.,<br><br>　　　　Defendants. | Case No.: 1:13-cv-00976-LJO-BAM PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ORDER COMPELLING DISCOERY AS PREMATURE<br>(ECF No. 19)<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY<br>(ECF No. 20) |

**I.　　Background**

Plaintiff Howard Lawrence Turner ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against R. Cortez for deliberate indifference to serious medical needs in violation of the Eighth Amendment. Defendant R. Cortez answered the complaint on September 15, 2014. Thereafter, on September 22, 2014, the Court issued a Discovery and Scheduling Order. Pursuant to that order, the discovery deadline is May 22, 2015, and responses to written discovery are due forty-five days after the request is first served. (ECF No. 18.)

1  On December 22, 2014, Plaintiff filed a motion to compel discovery responses. Plaintiff seeks
2  to compel responses to interrogatories served on November 3, 2014. The interrogatories are signed
3  and dated on November 13, 2014. (ECF No. 19.)
4  On December 29, 2014, Defendant Cortez filed the instant request for an extension of time to
5  respond to Plaintiff's "First Request for Production of Documents," "Request for Admissions, and
6  "First Set of Interrogatories." Defense counsel reports that the discovery requests were received on
7  November 17, 2014. Although none of the requests included a proof of service, each request was
8  dated November 13, 2014. (ECF No. 20; Declaration of Arthur B. Mark III ¶ 2 and Exs. A, B, and C.)
9  Defendant Cortez asserts that Plaintiff's motion to compel is premature because responses to
10 interrogatories are not due until December 31, 2014 (45-days plus 3 for service by mail pursuant to
11 Fed. R. Civ. P. 5 and 6). (ECF No. 20, p. 2, n. 2.)
12 The Court finds further responses to the motion to compel and the request for an extension of
13 time unnecessary. The motions are deemed submitted. Local Rule 230(l).
14 **II.    Plaintiff's Motion to Compel Discovery**
15 On December 22, 2014, Plaintiff moved to compel responses to interrogatories signed and
16 dated November 13, 2014. (ECF No. 19, pp. 3-6.) Pursuant to the Court's discovery order, responses
17 are due forty-five (45) days after service. Based on a presumed service date of November 13, 2014,
18 Defendant Cortez's discovery responses are due on December 31, 2014. This calculation is based on
19 the 45 days allowed by the Court's discovery order and the addition of 3 days due to service of the
20 interrogatories by mail. (ECF No. 18; Fed. R. Civ. P. 5, 6(d).) Based on the due date, Plaintiff's
21 motion to compel discovery responses, filed on December 22, 2014, is premature and shall be denied.
22 **III.   Defendant's Request for Extension of Time to Respond to Discovery Requests**
23 On December 29, 2014, Defendant Cortez requested a twenty-day extension of time to January
24 20, 2015, to respond to Plaintiff's request for production of documents, requests for admissions and
25 first set of interrogatories. Defendant's counsel explains that additional time is necessary to draft
26 responses, have them reviewed by Defendant Cortez and to review and prepare documents for
27
28

2

production. Counsel further explains that additional time is necessary because of deadlines in other matters and because of limited staffing during the holidays.

The Court finds good cause for the requested extension and Defendant's request shall be granted. Plaintiff will not be prejudiced by this short extension of time.

**IV.     Conclusion and Order**

For the reasons stated, it is HEREBY ORDERED as follows:

1. Plaintiff's motion for an order compelling discovery, filed on December 22, 2014, is DENIED as premature;
2. Defendant's request for an extension of time to respond to discovery is GRANTED; and
3. Defendant shall serve responses to Plaintiff's first request for production of documents, requests for admissions set one and first set of interrogatories on or before January 20, 2015.

IT IS SO ORDERED.

Dated:     **January 5, 2015**                         /s/ *Barbara A. McAuliffe*
                                                                          UNITED STATES MAGISTRATE JUDGE

3