**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOWARD LAWRENCE TURNER,<br><br>          Plaintiff,<br><br>     v.<br><br>R. CORTEZ, et al.,<br><br>          Defendants. | Case No.: 1:13-cv-00976-LJO-BAM PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION WITHIN TWENTY-ONE DAYS<br><br>(ECF No. 24) |

Plaintiff Howard Lawrence Turner ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against R. Cortez for deliberate indifference to serious medical needs in violation of the Eighth Amendment.

On July 30, 2015, Defendants filed a motion for summary judgment on the grounds that Plaintiff cannot prove the necessary elements of his claim and that Defendant Cortez is entitled to qualified immunity.  Fed. R. Civ. P. 56.  Plaintiff was provided with notice of the requirements for opposing a motion for summary judgment.  (ECF No. 24.)  Plaintiff's opposition was due on or before August 24, 2015.  To date, Plaintiff has not filed an opposition.

Pursuant to Local Rule 230(l), Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to Defendant's motion within twenty-one (21) days.  Plaintiff is warned

1

1 that the failure to comply with this order will result in dismissal of this action, with prejudice, for
2 failure to prosecute.

4 IT IS SO ORDERED.

Dated:   **August 31, 2015**                         /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE

2